HENRY J. PASE, Respondent, *v.* JULIA BERNHEIMER, Appellant.

Reported below, 153 App. Div. 919.
(Submitted March 17, 1913; decided March 25, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered November 27, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract of employment.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous, and under subdivisions 2 and 4 of section 191 of the Code of Civil Procedure no appeal lies therefrom to the Court of Appeals.

*Dudley Dupignac* for motion.

*Edgar J. Bernheimer* opposed.

Motion denied, with ten dollars costs.